FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

99 JUL -2 AM 9: 22

U.S. DISTRICT COURT
N.D. OF ALABAMA

JOHNNY LEE HELLUMS,            )
                               )
        Plaintiff,             )
                               )
vs.                            )   CV-98-PT-1110-M
                               )
JAMES DELOACH, WARDEN, ET AL., )
                               )
        Defendants.            )

ENTERED
JUL 02 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a supplemental report and recommendation on February 22, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on March 4, 1999.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the supplemental report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 1st day of July, 1999.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

10